

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Commitment of Ricardo Island,

No. 11-24-00039-CV

* From the 441st District Court
of Midland County,
Trial Court No. CR54554.

* April 4, 2024

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction.  Therefore, in accordance with this court's opinion, the appeal is dismissed.